

**FREDERICKS PEEBLES & MORGAN LLP**
ATTORNEYS AT LAW

**JOHN M. PEEBLES**
1001 SECOND STREET
SACRAMENTO, CA 95814
T: (916) 441-2700
F: (916) 441-2067
E: jpeebles@ndnlaw.com
www.ndnlaw.com

October 8, 2010

<u>FILED VIA ECF</u>
The Honorable Joseph F. Bianco
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4454

  Re: *Shinnecock Indian Nation v. Salazar*
    No. CV-06-5013 (Bianco, J.) (Lindsay, M.J.)

Dear Judge Bianco:

  Pursuant to your Order dated October 4, 2010, Plaintiff the Shinnecock Indian Nation ("Nation") submits this status letter. The Nation disagrees that the fourth and fifth claims for relief should be dismissed as moot until the Nation receives written confirmation from the Department of the Interior ("Department") acknowledging that the Nation exists as an Indian tribe, and is eligible for the services and benefits from the Federal government that are available to other federally-recognized Indian tribes by virtue of the Nation's government-to-government relationship with the United States.

  The Nation requests a status conference before the Court on the Nation's second claim for relief concerning the Department's denial of the Nation's 2005 litigation request and the Nation's sixth claim for relief concerning the Department's withholding of the two memoranda and its failure to provide copies of the two memoranda to the Nation that were the subject of the Nation's Freedom of Information Act request. The Nation requests that the status conference be held on October 25, 2010, subject to the Court's availability.

           Very truly yours,

           FREDERICKS PEEBLES & MORGAN LLP

           John M. Peebles

JMP:se
Cc: Counsel for Defendants